No. 04–8185.  MONSALVE v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 04–8202.  GRICCO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 04–8203.  HUGHES v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 04–8204.  GIBBS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–8206.  GREEN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 04–8208.  HOLUB v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 04–8209.  HOLMES v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 04–8210.  MINERD v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 04–8211.  MONTES-ANDINO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–8214.  KENYON v. WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 04–8215.  MESCUAL-CRUZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 04–8223.  NORWOOD v. SMITH, WARDEN.  C. A. 3d Cir. Certiorari denied.

No. 04–8224.  PACHECO v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 04–8226.  KEEPER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 04–8227.  KATOA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 04–8228.  JONES v. UNITED STATES ET AL.  C. A. 11th Cir. Certiorari denied.